1
2
3
4
5
6                      IN THE UNITED STATES DISTRICT COURT

7                    FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9    DARYL K. HOWARD,                        1:06-CV-1829 AWI LJO P

10              Plaintiff,

11         vs.                               ORDER TO SUBMIT APPLICATION
                                             TO PROCEED IN FORMA PAUPERIS
12   M. E. SPEARMAN, et al.,                 **OR** FILING FEE

13                                           Document No. 6
              Defendants.
14   _____/

15              Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C.

16   § 1983.  Plaintiff has not paid the $350.00 filing fee, or submitted an application to proceed in forma

17   pauperis on the appropriate form pursuant to 28 U.S.C. § 1915.  On January 20, 2007, plaintiff requested

18   blank form application to proceed in forma pauperis.  Accordingly, IT IS HEREBY ORDERED that:

19              1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma

20   pauperis.

21              2.  Within thirty days of the date of service of this order, plaintiff shall submit a

22   completed application to proceed in forma pauperis, or in the alternative, pay the $350 filing fee for this

23   action.  Failure to comply with this order will result in a recommendation that this action be dismissed.

24   IT IS SO ORDERED.

25   **Dated:    January 29, 2007**              **/s/ Lawrence J. O'Neill**
     b6edp0                                      UNITED STATES MAGISTRATE JUDGE
26

27

28