UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DARYL K. HOWARD,

        Plaintiff,

vs.

SPEARMAN, et al.,

        Defendants.

1:06-cv-01829-AWI-NEW-P

**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 5)

**ORDER DENYING MOTION FOR PRELIMINARY INJUNCTIVE RELIEF** (Doc. 3-1)

    Daryl K. Howard ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On January 10, 2007, the Magistrate Judge filed Findings and Recommendations that recommended Plaintiff's motion for preliminary injunctive relief be denied. The Findings and Recommendations were served on Plaintiff and contained notice to Plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days. On February 12, 2007, Plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis. As explained by the Magistrate Judge, the court may issue an injunction only if it has personal jurisdiction over the parties and subject matter jurisdiction over the claim; "*it may not attempt to determine the rights of persons not before the court.*" <u>Zepeda v. United States Immigration Service</u>, 753 F.2d 719, 727 (9th Cir. 1985) (emphasis added). In an Order issued with this Findings and Recommendations, the court allowed Plaintiff to amend the complaint. Plaintiff has now filed that amended complaint. Plaintiff is not entitled to preliminary injunctive relief until such time as the court finds that his complaint contains cognizable claims for relief against the named defendants <u>and</u> the named defendants have been served with the summons and complaint.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed January 10, 2007, are ADOPTED IN FULL; and,

2. Plaintiff's Motion for Preliminary Injunctive Relief, filed January 3, 2007, is DENIED, without prejudice.

IT IS SO ORDERED.

**Dated:   March 22, 2007**              /s/ Anthony W. Ishii
0m8i78                                                    UNITED STATES DISTRICT JUDGE