# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARYL K. HOWARD,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SPEARMAN, et. al.,<br><br>　　　　　Defendants._____/ | CV F   06  1829 AWI NEW (DLB) P<br><br>ORDER DENYING MOTION TO COMPEL PRODUCTION OF TRUST ACCOUNT STATEMENT AS MOOT (Doc. 6.) |

　　　Daryl K. Howard ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983.

　　　On January 10, 2007, Plaintiff filed a Motion requesting an Order to compel Pleasant Valley State Prison to provide Plaintiff with a statement of his trust account for in forma pauperis purposes.  Plaintiff submitted the necessary documents on February 12, 2007, and on February 15, 2007, Plaintiff's Application to Proceed In Forma Pauperis was granted.  Accordingly, the Motion to Compel is moot and shall be denied.

　　　The Court HEREBY ORDERS:

　　　1.　　The Motion To Compel production of trust account statement is DENIED as moot.

IT IS SO ORDERED.

　　　Dated:　　April 19, 2007　　　　　　　　　／s／ **Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1