IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARYL K. HOWARD,

      Plaintiff,                1:06-cv-1829 ALA P

      vs.

M.E. SPEARMAN, et al.,

      Defendants.         ORDER

_____/

      On March 26, 2008, plaintiff filed a motion for an extension of time to file an amended complaint. Good cause appearing, that motion will be granted.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Plaintiff's March 26, 2008, motion for an extension of time is GRANTED; and

      2. Plaintiff may file an amended complaint within thirty-five days (35) of the date of this order.

/////

Dated: April 8, 2008

                                           /s/ Arthur Alarcón
                                           UNITED STATES CIRCUIT JUDGE
                                           Sitting by Designation