IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARYL K. HOWARD,

     Plaintiff,                 Case No.1:06-cv-1829 ALA (P)

    vs.

M.E. SPEARMAN, et al.,

     Defendants.          ORDER

_____/

Plaintiff Daryl Howard is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff also proceeds *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Doc. 13).

Pursuant to 28 U.S.C. § 1915A(a), this Court dismissed Defendants: Spearman, Mattingly, McCoy, Foreman, J. Griffith, Mendenhall and Danko from the instant lawsuit, but found that Plaintiff presented colorable claims as to Defendants: Nelson, Griffith, Walton Catlin, Beltran, Rowe, Ayers, Grannis and Wright. (Doc. 24). This Court also provided Plaintiff the opportunity to file a second Amended Complaint. (Doc. 24). In response, Plaintiff requested additional time to amend his first Amended Complaint. (Doc. 25). The Court granted Plaintiff's request, and provided Plaintiff the opportunity to file his second Amended Complaint on or before May 13, 2008. (Doc. 26). Plaintiff did not file a second Amended Complaint. On May 22, 2008, however, Plaintiff requested that this Court proceed with its Order, dated February 15,

1  2008, which provided Plaintiff the right to continue this action against Defendants Nelson,

2  Griffith, Walton, Catlin, Beltran, Rowe, Ayers, Grannis and Wright. (Doc.24).

3       Accordingly, IT IS HEREBY ORDERED that:

4       1.  Service is appropriate for the following Defendants: Nelson, Griffith, Walton, Catlin,

5  Beltran, Rowe, Ayers, Grannis and Wright.

6       2. The Clerk of the Court shall send Plaintiff 6 USM-285 forms, one summons, an

7  instruction sheet, and a copy of Plaintiff's first Amended Complaint. (Doc. 18);

8       3. Plaintiff shall complete the attached Notice of Submission of Documents, and file the

9  following documents on or before July 8, 2008:

10            a. The completed Notice of Submission of Documents;

11            b. One completed summons;

12            c. One completed USM-285 form for each Defendant named above; and

13            d. Seven (7) copies of the endorsed Complaint sent to you by the Clerk of the

14  Court. (Doc. 18).

15      4. Plaintiff need not to attempt service on Defendants and need not request waiver of

16  service.  Upon receipt of the above-described documents, this Court will direct the United States

17  Marshal to serve the above-named Defendants pursuant to Rule 4 of the Federal Rules of Civil

18  Procedure without pre-payment of costs.

19  /////

20  Dated: June 4, 2008

21                              /s/ Arthur Alarcón
                                UNITED STATES CIRCUIT JUDGE
22                              Sitting by Designation