1

2

3

4

5

6

7

8                                    IN THE UNITED STATES DISTRICT COURT

9                                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10    DARYL K. HOWARD,

11              Plaintiff,                          Case No.1:06-cv-01829 ALA (P)

12        vs.

13    M.E. SPEARMAN, et al.,

14              Defendants.                         ORDER

15    _____/

16         On November 4, 2008, Defendants Ayers, Wright, Grannis, Nelson, Rowe, and Catlin

17    filed an ex parte application to extend the time to file their response to Plaintiff Daryl K.

18    Howard's Amended Complaint.

19         Good cause having been presented to the Court and good cause appearing, Defendants

20    are HEREBY GRANTED an additional thirty days to file their response to Plaintiff's complaint.

21    Defendants' response is due on or before December 10, 2008.

22    /////

23    Dated: November 10, 2008

24                                                        /s/ Arthur Alarcón
                                                          UNITED STATES CIRCUIT JUDGE
25    _____            Sitting by Designation

26