1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DARYL K. HOWARD,

11          Plaintiff,                    Case No.1:06-cv-01829 ALA (P)

12      vs.

13   M.E. SPEARMAN, et al.,

14          Defendants.              ORDER

15   _____/

16        Plaintiff Daryl Howard ("Petitioner") is a state prisoner proceeding *pro se* and *in forma*

17   *pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

18        On December 3, 2008, Defendants Ayers, Wright, Grannis, Nelson, Rowe, Catlin,

19   Beltran, and Walton filed an ex parte application to extend the time to file their response to

20   Petitioner's Amended Complaint.  (Doc. 36.)  Defendants' counsel asserts that an extension is

21   needed because she "ha[s] not yet received [Petitioner's] property logs from Los Angeles County

22   State Prison or his grievance and appeal history from Salinas Valley State Prison, which [she]

23   need[s] to properly prepare a response to his complaint."  (Doc. 36 [Vorous Decl. ¶ 4].)  Good

24   cause having been presented to the Court and good cause appearing, Defendants are HEREBY

25   GRANTED an extension to file their response to Petitioner's Amended Complaint.  Defendants'

26   response is due Monday, January 5, 2009.

1       Defendants are cautioned that as this is the second time they have requested and received

2    an extension of time to file their response (*see* Doc. 35), further requests for time extensions will

3    not be considered.

4    /////

5    Dated: December 8, 2008

6                                                                          /s/ Arthur Alarcón
                                                                           UNITED STATES CIRCUIT JUDGE
7                                                                          Sitting by Designation

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26