IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARYL K. HOWARD,

       Plaintiff,                  Case No.1:06-cv-01829 ALA (P)

   vs.

M.E. SPEARMAN, et al.,

       Defendants.          <u>ORDER</u>

_____/

      Plaintiff Daryl Howard is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff also proceeds *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Doc. 13).

      Defendants have filed two separate motions to dismiss (Docs. 38, 43) and this Court gave Plaintiff until February 3, 2009 to file his responses. (Doc. 48.) Plaintiff has instead filed an application for an extension of time, asserting that he is presently housed in administrative segregation and requires additional time to research and prepare his responses. The Court will permit a brief extension of time and will grant Plaintiff's request. Plaintiff will have until

/////

/////

/////

1 | Friday, March 6, 2009 to respond to both of Defendants' motions to dismiss.  The Court cautions
2 | Plaintiff that no further requests for extensions of time will be considered.
3 | /////
4 | DATED: February 3, 2009

                                        /s/ Arthur L. Alarcón
                                        UNITED STATES CIRCUIT JUDGE
                                        Sitting by Designation