IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DARYL K. HOWARD,

    Plaintiff,                    Case No.1:06-cv-01829 ALA (P)

vs.

M.E. SPEARMAN, et al.,

    Defendants.              <u>ORDER</u>

_____/

    Plaintiff Daryl Howard is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff also proceeds *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Doc. 13). On March 19, 2009, this court granted Defendants' motions to dismiss (Docs. 54, 55) and directed the court clerk to enter judgment and close the case (*see* Doc. 56).

    That same date, Plaintiff filed three untimely opposition briefs to Defendants' motions to dismiss.[1]

---

[1] In the first opposition, Plaintiff claims that the motion to dismiss as to Defendants Grannis and Wright should be denied because even though he did not exhaust his administrative remedies, he is excused from doing so because there was no grievance procedure in place for him to follow. (Doc. 57.) In the second opposition, Plaintiff claims that the motion to dismiss as to Defendants Ayers, Beltran, Nelson, Rowe, Catlin and Walton should be denied because even if he did not exhaust his administrative remedies, "Defendant[s] had sufficient notice of the problem." (Doc. 58.) In the third opposition, Plaintiff claims that Griffith's separate motion to dismiss should be denied on the ground that injunctive relief is not moot and Griffith caused Plaintiff's inability to seek federal habeas relief. (Doc. 59.)

For the reasons already stated in the court's orders issued on March 19, 2009 (Docs. 54, 55), the court concludes that Defendants' motions to dismiss were properly granted and this case is to remain closed.

/////

DATED: March 25, 2009

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation